# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN (FLINT)

In re:
Tracy J. Barton
    Debtor.

CASE NO. 16-30935-jda

CHAPTER 13

## NOTICE OF SATISFACTION OF PROOF OF CLAIM

NOW COMES USAA Federal Savings Bank and hereby provides notice that the Proof of Claim #7-1, filed by USAA Federal Savings Bank on June 23, 2016, in the amount of $29,405.53, has been paid in full and is satisfied.

DATED:  April 22, 2021

**Weinstein & Riley, P.S.**

/s/ Taylor Bartle
Taylor Bartle, Supervisor
Representative for: USAA Federal Savings Bank
2001 Western Avenue, Suite 400
Seattle, WA 98121
Contact phone# (877) 332-3543
Email: bncmail@w-legal.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (FLINT)

In re:
Tracy J. Barton
        Debtor.

CASE NO. 16-30935-jda

CHAPTER 13

## CERTIFICATE OF SERVICE

I, Poonsri Wallace, HEREBY CERTIFY under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 that a true and correct copy of the foregoing Notice of Satisfaction of Proof of Claim number 7-1 was electronically filed using the Court's ECF system which will send notification of such filing, or by first class mail, postage pre-paid, on April 22, 2021 to the following parties:

| Trustee via E-Filing: | Debtor's Counsel via E-Filing: |
|---|---|
| Carl Bekofske | John L. Hicks |
| ECF@flint13.com | jlhicks14@hotmail.com |

Dated: April 22, 2021

                                /s/ Poonsri Wallace
                                Poonsri Wallace